UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CONTINTENTAL TRANSFERT TECHNIQUE LIMITED, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 08-2026 (PLF) |
| FEDERAL GOVERNMENT OF NIGERIA, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

ORDER

For the reasons given in the Opinion issued this same day, it is hereby

ORDERED that [10] the plaintiff's motion for default judgment is DENIED as moot; it is

FURTHER ORDERED that [24] the defendants' motion to vacate the Clerk's entry of default is GRANTED; it is

FURTHER ORDERED that [24] the defendants' motion to dismiss the original complaint is DENIED as moot; it is

FURTHER ORDERED that [32] the defendants' motion to dismiss the amended complaint is DENIED; and it is

FURTHER ORDERED that, to the extent it seeks dismissal of the plaintiff's second claim for relief on the ground that the judgment sought to be enforced was obtained by fraud, the defendants' motion to dismiss [24] is converted into a motion for summary judgment and DENIED.

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE: March 23, 2010

2